B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of New Jersey

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **RCLC, Inc.** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| **FKA Ronson Corporation** | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| **22-0743290** | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| **1480 Route 9 North, Suite 301**<br>**Woodbridge, NJ** | |
| ZIP Code **07095** | ZIP Code |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| **Middlesex** | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| | |
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

## Type of Debtor (Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business (Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10) — Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **RCLC, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

■ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **RCLC, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Michael D. Sirota**
Signature of Attorney for Debtor(s)

**Michael D. Sirota MS-4088**
Printed Name of Attorney for Debtor(s)

**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
Firm Name

**Court Plaza North, 25 Main Street**
**P.O. Box 800**
**Hackensack, NJ 07602-0800**
Address

**201-489-3000  Fax: 201-489-1536**
Telephone Number

**August 17, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Daryl K. Holcomb**
Signature of Authorized Individual

**Daryl K. Holcomb**
Printed Name of Authorized Individual

**Chief Financial Officer of RCLC, Inc. f/k/a Ronson Corp.**
Title of Authorized Individual

**August 17, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re  **RCLC, Inc.**                                                               , Case No. _____
                              Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **RCPC Liquidating Corporation**<br>**District of New Jersey** | Subsidiary | |
| **Ronson Aviation, Inc.**<br>**District of New Jersey** | Subsidiary | |

**United States Bankruptcy Court**
**District of New Jersey**

In re    **RCLC, Inc.**,     Case No. _____
              Debtor

Chapter    **11**

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   **001-01031**.

2. The following financial data is the latest available information and refers to debtor's condition on   **June 30, 2010**.

   a. Total assets      $     **16,374,000.00**

   b. Total debts (including debts listed in 2.c.,below)      $     **10,371,000.00**

   c. Debt securities held by more than 500 holders.      Approximate number of holders

   | | | | | |
   |---|---|---|---|---|
   | secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
   | secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
   | secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
   | secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
   | secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |

   d. Number of shares of preferred stock      **0**      **0**

   e. Number of shares of common stock      **5,083,539**      **3,000**

   Comments, if any:

3. Brief description of debtor's business:
   **Holding company for five subsidiaries, four of which are now inactive.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **See Attached.**

In re **RCLC, Inc.**            Case No. _____

Debtor(s)

# Exhibit "A" to Voluntary Petition
## Attachment A

| Name and Address of Beneficial Owner | Title of Class | Beneficially Owned | Percent of Class |
|---|---|---|---|
| Louis V. Aronson II<br>Campus Drive<br>P.O. Box 6707<br>Somerset, New Jersey  08874 | Common | 1,428,353 (1) | 28.07% (1) |
| Carl W. Dinger III<br>P.O. Box 150<br>Green Village, New Jersey  07935 | Common | 590,082 (2) | 11.61% (2) |

(1) The Ronson Corporation Retirement Plan ("Retirement Plan") is the beneficial owner of 241,033 common shares. The shares held by the Retirement Plan are voted by the Retirement Plan's trustees, Messrs. Aronson and Ganz. If the shares held by the Retirement Plan were included in Mr. Aronson's beneficial ownership, Mr. Aronson's beneficial ownership would be increased to 1,669,386 shares, or 32.84% of the class. The Retirement Plan's holdings were reported in 1988 on a Statement on Schedule 13G, as amended September 22, 1997, adjusted for the 5% common stock dividends declared through February 1, 2008.

(2) 590,082 shares of common stock owned directly, adjusted for the 5% common stock dividends declared through February 1, 2008. This information was from a Form 4 filed by Mr. Dinger on July 9, 2007.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re **RCLC, Inc.**        Case No. _____
                  Debtor(s)        Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PBGC<br>P.O. Box 77000<br>Detroit, MI 48277-0430 | PBGC<br>P.O. Box 77000<br>Detroit, MI 48277-0430 | | | 4,410,361.00 |
| McCarter & English, LLC<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07101-0652 | McCarter & English, LLC<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07101-0652 | Legal Fees | | 417,305.64 |
| 580 Howard<br>1481 47th Street<br>Brooklyn, NY 11219-2635 | 580 Howard<br>1481 47th Street<br>Brooklyn, NY 11219-2635 | | | 145,115.73 |
| Massmutual Financial Group<br>APM Payment Processing Ctr.<br>P.O. Box 92485<br>Chicago, IL 60675-2485 | Massmutual Financial Group<br>APM Payment Processing Ctr.<br>P.O. Box 92485<br>Chicago, IL 60675-2485 | | Contingent<br>Unliquidated<br>Disputed | 77,359.74 |
| Barclay Street Group LLC<br>191 New York Avenue<br>Huntington, NY 11743 | Barclay Street Group LLC<br>191 New York Avenue<br>Huntington, NY 11743 | | | 44,666.68 |
| Wilthumsmith+Brown<br>5 Vaughn Drive<br>Princeton, NJ 08540 | Wilthumsmith+Brown<br>5 Vaughn Drive<br>Princeton, NJ 08540 | | | 39,000.00 |
| Internal Revenue Service<br>955 S. Springfield Avenue<br>P.O. Box 724<br>Springfield, NJ 07081 | Internal Revenue Service<br>955 S. Springfield Avenue<br>P.O. Box 724<br>Springfield, NJ 07081 | Federal employment taxes and penalties from year ending 12/3105 and 12/31/06 | Disputed | 32,001.51 |
| Insurance Consulting Associates<br>Crossroads Corporate Center<br>1 International Blvd.<br>Suite 605<br>Mahwah, NJ 07495-0019 | Insurance Consulting Associates<br>Crossroads Corporate Center<br>1 International Blvd.<br>Mahwah, NJ 07495-0019 | | | 31,000.00 |
| Orloff, Lowenbach, Stifelman & Siegel<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | Orloff, Lowenbach, Stifelman & Siegel<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | Legal Fees | | 11,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **RCLC, Inc.**                                    Case No.

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Level 3 Communications, LLC** **Department 182** **Denver, CO 80291-0182** | **Level 3 Communications, LLC** **Department 182** **Denver, CO 80291-0182** | | **Disputed** | **10,921.83** |
| **Michael Graphics Inc.** **P.O. Box 7445** **North Brunswick, NJ 08902** | **Michael Graphics Inc.** **P.O. Box 7445** **North Brunswick, NJ 08902** | | | **9,084.15** |
| **The Laurel Hill Advisory Group** **2 Robbins Lane,  Suite 201** **Jericho, NY 11753** | **The Laurel Hill Advisory Group** **2 Robbins Lane,  Suite 201** **Jericho, NY 11753** | | | **8,623.76** |
| **Thomson Financial Corporate Services** **P.O. Box 5136** **Carol Stream, IL 60197-5136** | **Thomson Financial Corporate Services** **P.O. Box 5136** **Carol Stream, IL 60197-5136** | | | **6,784.95** |
| **Marion E. O'Brien** **148 Woodstream Court** **New Hope, PA 18938** | **Marion E. O'Brien** **148 Woodstream Court** **New Hope, PA 18938** | | | **5,450.00** |
| **Liberty Surplus Ins. Corp.** **55 Water Street, 18th Floor** **New York, NY 10041** | **Liberty Surplus Ins. Corp.** **55 Water Street, 18th Floor** **New York, NY 10041** | | | **5,000.00** |
| **Commerce Financial Printers** **305 Cox Street** **Roselle, NJ 07203** | **Commerce Financial Printers** **305 Cox Street** **Roselle, NJ 07203** | | | **2,971.85** |
| **Maryann Howard** **179 Lincoln Street** **South Amboy, NJ 08879** | **Maryann Howard** **179 Lincoln Street** **South Amboy, NJ 08879** | | | **2,212.94** |
| **State of New Jersey** **Division of Taxation** **50 Barrack Street** **P. O. Box 269** **Trenton, NJ 08695** | **State of New Jersey** **Division of Taxation** **50 Barrack Street** **Trenton, NJ 08695** | | | **1,620.18** |
| **Net Global Consultant** **20 Birmingham Drive** **Columbus, NJ 08022** | **Net Global Consultant** **20 Birmingham Drive** **Columbus, NJ 08022** | | | **1,394.21** |
| **Chase Auto Finance** **P.O.Box 78101** **Phoenix, AZ 85062-8101** | **Chase Auto Finance** **P.O.Box 78101** **Phoenix, AZ 85062-8101** | | | **1,304.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **RCLC, Inc.**                                                              Case No.  _____

                                             Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Chief Financial Officer of RCLC, Inc. f/k/a Ronson Corp. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 17, 2010**                              Signature  **/s/ Daryl K. Holcomb**
                                                                  **Daryl K. Holcomb**
                                                                  **Chief Financial Officer of RCLC, Inc. f/k/a Ronson Corp.**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**District of New Jersey**

In re  **RCLC, Inc.**                                                                Case No.
                              Debtor(s)                                              Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of RCLC, Inc. f/k/a Ronson Corp. of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 17, 2010**                        **/s/ Daryl K. Holcomb**
                                                   **Daryl K. Holcomb**/**Chief Financial Officer of RCLC, Inc. f/k/a Ronson Corp.**
                                                   Signer/Title

```
580 Howard
1481 47th Street
Brooklyn, NY 11219-2635


Access Self Storage of Woodbridge
135 Amboy Avenue
Woodbridge, NJ 07095


Anderson Ward Plantscapes, Inc.
601 Route 206
Suite 26-710
Hillsborough, NJ 08844


Louis V. Aronson, II
P.O. Box 9
Oldwick, NJ 08858-0009


AT&T Mobility
P.O.Box 6463
Carol Stream, IL 60197-6463


Barclay Street Group LLC
191 New York Avenue
Huntington, NY 11743


John H. Bess
3 Windymere Lane
Mendham, NJ 07945


Business Vehicle Finance
P.O.Box 9001888
Louisville, KY 40290-1888


Dawnmarie Cap
43 Delaware Avenue
Carteret, NJ 07008


Chase Auto Finance
P.O.Box 78101
Phoenix, AZ 85062-8101


Chrysler Financial
P.O. Box 1334
Roanoke, TX 76262
```

```
Cintas Corporation #062
51 New England Avenue
Piscataway, NJ 08854-4142


Citrix Online
6500 Hollister Avenue
Santa Barbara, CA 93117


Barbara L. Collins
57 Fieldstone Road
Bedminster, NJ 07921-1429


Comcast
P.O. Box 69
Newark, NJ 07101-0069


Commerce Financial Printers
305 Cox Street
Roselle, NJ 07203


Corporate Service Company (CSC)
P.O. Box 13397
Philadelphia, PA 19101-3397


Edward E. David
P.O.Box 435
Bedminster, NJ 07921


Sharon DeLaPaz
34 Cedar Street
South Amboy, NJ 08879


Amapola Domingo
2060 Terrace Avenue
South Plainfield, NJ 07080


Paul H. Einhorn
10 Ross Road
Livingston, NJ 07039


Fedex
P.O. Box 371461
Pittsburgh, PA 15250-7461
```

Flexible Office Solutions
1480 Route 9 North
Woodbridge, NJ 07095


Erwin M. Ganz
20 Lenape Trail
Warren, NJ 07059


Genesys Conferencing
Department 0938
Denver, CO 80256


Getzler Henrich & Assoc., LLC
295 Madison Avenue, 20th Fl.
New York, NY 10017


Greenberg Traurig LLP
Attorneys for Wells Fargo Bank, NA
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932


Greenberg Traurig, LLP
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932


Daryl K. Holcomb
35 Afton Blvd.
Monroe Township, NJ 08831-5109


Howard Herman, Esq.
Moses & Singer, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299


Maryann Howard
179 Lincoln Street
South Amboy, NJ 08879


Robert Hutton
23 Adams Street
Iselin, NJ 08830

```
Image Systems For Business Inc.
22E World's Fair Drive
Somerset, NJ 08873


Imperial Credit Corporation
P.O. Box 9045
New York, NY 10087-9045


Insurance Consulting Associates
Crossroads Corporate Center
1 International Blvd.
Suite 605
Mahwah, NJ 07495-0019


Intercall Web Site Leads
P.O.Box 281866
Atlanta, GA 30384-1866


Internal Revenue Service
955 S. Springfield Avenue
P.O. Box 724
Springfield, NJ 07081


Lerner, David, Littenberg,
Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090-1497


Level 3 Communications, LLC
Department 182
Denver, CO 80291-0182


Liberty Surplus Ins. Corp.
55 Water Street, 18th Floor
New York, NY 10041


Lower Passaic River Study Area
Cooperating Parties Group
c/o Kirkpatrick & Lockhart LLP
One Newark Center, Tenth Fl.
Newark, NJ 07102


Mass Mutual Financial Group
Box 371368
Pittsburgh, PA 15250-7368
```

Massmutual Financial Group
APM Payment Processing Ctr.
P.O. Box 92485
Chicago, IL 60675-2485


McCarter & English, LLC
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652


Michael Graphics Inc.
P.O. Box 7445
North Brunswick, NJ 08902


I. Leo Motiuk
Meadow Lane
P.O. Box 498
New Vernon, NJ 07976-0498


National Oceanic and Atmospheric Admin.
1401 Constitution Avenue, NS
Room 5128
Washington, DC 20230


Net Global Consultant
20 Birmingham Drive
Columbus, NJ 08022


Marion E. O'Brien
148 Woodstream Court
New Hope, PA 18938


Orloff, Lowenbach, Stifelman & Siegel
101 Eisenhower Parkway
Roseland, NJ 07068


PBGC
P.O. Box 77000
Detroit, MI 48277-0430


Pitney Bowes Global Financial
Services LLC
2225 American Drive
Neenah, WI 54956-1005

```
PR Newswire
G.P.O. Box 5897
New York, NY 10087-5897


Progressive Bus. - Compliance
P.O. Box 3014
Malvern, PA 19355-9790


Gerard J. Quinnan
307 North 17th Street
Kenilworth, NJ 07033


RCC, Inc.
1480 Route 9 North
Woodbridge, NJ 07095


RCPC Liquidating Corporation
1480 Route 9 North
Woodbridge, NJ 07095


Research Data Grp. Inc.
P.O.Box 883213
San Francisco, CA 94188-3213


Romero Limousine Service
251 Crawford Terrace
Union, NJ 07083


Ronson Aviation, Inc.
Trenton Mercer Airport
Trenton, NJ 08628


State of New Jersey
Division of Taxation
50 Barrack Street
P. O. Box 269
Trenton, NJ 08695


Tax & Accounting - R & G
P.O. Box 71687
Chicago, IL 60694-1687


The Laurel Hill Advisory Group
2 Robbins Lane, Suite 201
Jericho, NY 11753
```

```
Thomson Financial Corporate Services
P.O. Box 5136
Carol Stream, IL 60197-5136


U.S. Department of Justice
Environmental Enforcement Section
Attn: Scott D. Bauer, Trial Attorney
P.O. Box 7611, Benjamin Franklin Station
Washington, DC 20044-7611


U.S. Environmental Protection Agency
Sarah Flanagan, Asst. Regional Counsel
Office of Regional Counsel
290 Broadway, 17th Fl.
New York, NY 10007-1866


Verizon Wireless
P.O.Box 408
Newark, NJ 07101-0408


W.B. Mason Co., Inc.
P.O. Box 55840
Boston, MA 02205-5840


Walder, Hayden, & Brogan, P.A.
5 Becker Farm Road
Roseland, NJ 07068


Justin P. Walder
5 Becker Farm Road
Roseland, NJ 07068


Wells Fargo Bank, N.A.
119 West 40th St., 16th Floor
New York, NY 10018


Wilthumsmith+Brown
5 Vaughn Drive
Princeton, NJ 08540
```

# United States Bankruptcy Court
**District of New Jersey**

In re **RCLC, Inc.**   Case No.
Debtor(s)   Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **RCLC, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 17, 2010** | **/s/ Michael D. Sirota** |
| Date | **Michael D. Sirota MS-4088** |
| | Signature of Attorney or Litigant |
| | Counsel for **RCLC, Inc.** |
| | **Cole, Schotz, Meisel, Forman & Leonard, P.A.** |
| | **Court Plaza North, 25 Main Street** |
| | **P.O. Box 800** |
| | **Hackensack, NJ 07602-0800** |
| | **201-489-3000 Fax:201-489-1536** |