**COLE SCHOTZ**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys at Law — A Professional Corporation

900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022-4728
212-752-8000   212-752-8393 FAX

NEW JERSEY
—
DELAWARE
—
MARYLAND
—
TEXAS

**David M. Bass**
MEMBER
ADMITTED IN NY AND NJ

**Reply to New York Office**
WRITER'S DIRECT LINE: 646-563-8932
WRITER'S DIRECT FAX: 646-563-7932
WRITER'S E-MAIL: dbass@coleschotz.com

July 8, 2011

**Via CM/ECF Filing**

Hon. Michael B. Kaplan, U.S.B.J.
United States Bankruptcy Court
for the District of New Jersey
402 E. State Street
Trenton, NJ  08608

    Re:    RCLC, Inc., *et al.*
            Case No. 10-35313 (MBK)

Dear Judge Kaplan:

    This firm represents RCLC, Inc., *et al.* ("RCLC") with respect to the above-referenced matter.  This will confirm that the confirmation hearing on the *Debtors' First Amended Joint Plan of Liquidation of RCLC, Inc. f/k/a Ronson Corporation, RA Liquidating Corp. f/k/a Ronson Aviation, Inc. and RCPC Liquidating Corp. f/k/a Ronson Consumer Products Corporation Under Chapter 11 of the Bankruptcy Code* (Doc. No. 322) has been adjourned from July 14, 2011 to **August 18, 2011, at 10:00 a.m.**

    As always, we thank the Court for its courtesies.

                                              Respectfully,

                                              */s/ David M. Bass*

                                              David M. Bass

DMB:kmj